UNITED STATES of America,
Plaintiff–Appellee,

v.

Alvaro DE LA TORRE–VALDEZ,
Defendant–Appellant.

No. 15–13519
Non–Argument Calendar D.C.

United States Court of Appeals,
Eleventh Circuit.

Feb. 19, 2016.

Germaine Seider, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Bruce S. Ambrose, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, PA, Orlando, FL, for Defendant–Appellant.

Before WILSON, WILLIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Tom Dale, appointed appellate counsel for Alvaro De La Torre–Valdez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Torre–Valdez's conviction and sentence are AFFIRMED.